**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

**ALLSTATE LIFE INSURANCE
COMPANY and LINCOLN BENEFIT
LIFE COMPANY,**

    Plaintiffs,

v.                                                               Case No: 5:15-cv-52-Oc-28PRL

**KIMBERLY WILLIAMS, STEPHANIE
SHORT and JOHN DOE**

    Defendants.

## ORDER

This interpleader action comes before the Court for consideration of Defendants' Motion for Leave to File Under Seal *Guardian Ad Litem* Report (Doc. 36). Pursuant to the Court's prior Order (Doc. 34), a *guardian ad litem,* D. Andrew DeBevoise, Esq.*,* was appointed by the Court to determine if the settlement for the benefit of interested minors is fair and reasonable. Defendants request leave to file the *guardian ad litem's* report under seal as required by Fla. Stat. § 744.3701 regarding confidentiality of court records concerning a minor's claim. (Doc. 36).

Accordingly, upon due consideration and pursuant to Local Rule 1.09, Plaintiffs' Motion for Leave to File Under Seal (Doc. 36) is **GRANTED**. Defendants are directed to provide hard copies of the documents to be sealed, via hand-delivery or U.S. mail to the Clerk's Office, and the Clerk is directed to take all steps necessary to effectuate the filing of the documents under seal. The documents shall remain sealed during the pendency of this action, including on appeal, if applicable. The Court notes that there is not currently pending a petition for approval of the

- 2 -

settlement. If the parties wish to file a petition for approval of the settlement under seal, they may also do so pursuant to the terms of this Order.

      **DONE** and **ORDERED** in Ocala, Florida on February 18, 2016.

                                              PHILIP R. LAMMENS
                                              United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties