UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ALLSTATE LIFE INSURANCE
COMPANY and LINCOLN BENEFIT
LIFE COMPANY,

    Plaintiffs,

v.                                                                                     Case No: 5:15-cv-52-Oc-28PRL

KIMBERLY WILLIAMS, STEPHANIE
SHORT and JOHN DOE

    Defendants.

## Order

Pursuant to prior notice, the undersigned conducted a telephonic hearing in this case regarding Defendants Kimberly Williams and Stephanie Short's Motion to Enforce the Settlement and for Expedited Ruling (Doc. 43). During the course of the hearing, Defendants orally amended their motion and requested that the Court enter an order expressly authorizing Defendant Kimberly Williams to execute releases settling this matter on behalf of her interested minor children. Plaintiffs and the previously appointed Guardian Ad Litem, Mr. DeBevoise, joined in the amended request for relief.

As the undersigned observed during the hearing, acting in his capacity as court appointed Guardian Ad Litem, Mr. DeBevoise reviewed the terms of the proposed settlement and found it reasonable and in the best interests of the minor children. Indeed, the District Judge considered the proposed settlement, including Mr. DeBevoise's report, and approved the settlement as reasonable and in the best interests of the minor children. (Doc. 42).

- 2 -

Accordingly, upon due consideration, Defendants' motion (Doc. 43) as amended during the hearing is **GRANTED** insofar as Defendant Kimberly Williams is hereby expressly authorized to execute any and all releases, and to enter into any and all settlement agreements necessary to resolve this matter on behalf of her minor children, and she shall not be deemed disqualified to do so due to any actual or possible conflict of interest between herself and her minor children.

**DONE** and **ORDERED** in Ocala, Florida on April 26, 2016.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties